In the Matter of the Estate of Adeline Young, Deceased.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Sussman Klein, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion for reargument granted, and case set down for Wednesday, November 3, 1915. Present — Carr, Stapleton, Rich and Putnam, JJ.

Francisco Pensabene, as Administrator, etc., Appellant, v. F. & J. Auditore Company, Respondent.— Motion granted, with costs, unless within twenty days plaintiff prepare and submit a case on appeal, as required by rule 41 of the General Rules of Practice. Present — Carr, Stapleton, Rich and Putnam, JJ.

Jennie D. Petrie, and Another, etc., Appellants, v. Lancaster Realty Company, and Another, Respondents.— Motion granted on condition that appellants perfect their appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion denied, with costs. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.

The People of the State of New York ex rel. Marcel Skawinkiewicz, Relator, v. Warden of the City Prison, Respondent.— Motion denied. (See *People ex rel. Hertz* v. *Warden*, 154 App. Div. 888; affd., 207 N. Y. 685; *People ex rel. Phillips* v. *Hanley*, 164 App. Div. 150.) Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Mary Ryder, and Others, Respondents, v. Meta A. Kennedy, Individually and as Administratrix, etc., Appellant, and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Florence Wenzel, as Administratrix, etc., Respondent, v. Patrick Ryan Construction Corporation, Appellant.— Motion to amend order denied, with ten dollars costs. Present — Carr, Stapleton, Rich and Putnam, JJ.,

Homer Belanger, an Infant, by Margaret Belanger, His Guardian ad Litem, Respondent, v. The City of Poughkeepsie, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.